USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA                      

                -against-                          21-CR-403 (VEC)

                                                          ORDER

    VICTORIA DIEUY HO,
                            Defendant.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 26, 2022, the parties appeared for a change-of-plea hearing; and

       WHEREAS Ms. Ho entered a plea of guilty, which was accepted by the Court;

       IT IS HEREBY ORDERED that Ms. Ho's sentencing is scheduled for **Monday, May 16, 2022 at 2:30 P.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Pre-sentencing submissions are due no later than **Monday, May 2, 2022**.

       IT IS FURTHER ORDERED that Ms. Ho may re-apply for permission to travel outside the Southern and Eastern Districts of New York once she has received her booster vaccination against COVID-19. Any application to travel must include proof of the booster vaccination.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date: January 26, 2022**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**

2