USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA                    :
:
-against-                    :           21-CR-403 (VEC)
:
:                  ORDER
VICTORIA DIEUY HO,                              :
                                    Defendant.     :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Victoria Dieuy Ho's sentencing is currently scheduled for Thursday, June 16, 2022 at 10:00 A.M., Dkt. 83.

IT IS HEREBY ORDERED that, due to a conflict in the Court's calendar, the sentencing is adjourned to **Thursday, July 14, 2022 at 2:00 P.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: June 14, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**