United States District Court
Southern District of New York

United States of America,
   Plaintiff,

v.   **Victoria Dieuy Ho,**
   Defendant.

Case No.: 1:21-CR-00403-VEC

---

## [Proposed] Order Granting Early Termination of Supervised Release

Upon consideration of the motion of the Defendant, **Victoria Dieuy Ho**, filed pro se pursuant to **18 U.S.C. § 3583(e)(1)**, requesting early termination of supervised release, and based on the Court's review of the record and its consultation with the Probation Department, which supports the request for early termination, the Court finds that such action is warranted by the conduct of the Defendant and the interest of justice,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**.

The term of supervised release previously imposed in this case is hereby **terminated effective immediately**. The Clerk of the Court is respectfully directed to mail a copy of this Order to Ms. Ho.

SO ORDERED.
Dated: __October 20__, 2025
New York, New York

Honorable Valerie E. Caproni

*/s/ Valerie Caproni*
United States District Judge